**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Civil No. 01-993 ADM/AJB

Richard J. Mayo,

Plaintiff,

vs.

**STIPULATION AND ORDER**

UNUM Life Insurance Company of America, a Maine corporation,

Defendant.

The above parties, by and through their undersigned counsel, do hereby agree and stipulate to resolving this case through cross-motions for summary judgment. Accordingly, the parties, through their undersigned counsel, request the Court extend the Pretrial Scheduling Order to allow the filing of cross-motions for summary judgment be extended to September 6, 2002 and cross-replies to summary judgments filed by September 20, 2002. The parties, by and through their undersigned counsel, agree that all issues may be resolved by the above dispositive motions and that a trial is not necessary. The parties agree that the deadline for dispositive motions should be extended in order to allow the parties to continue their ongoing settlement discussions in an effort at early resolution.

**WHEREFORE**, the parties request the Court sign the attached Order.

Dated: 6-20-02

KRASS MONROE, P.A.

By ______________________

John Harper III #41397
Attorneys for Defendant
1650 West 82nd Street, #1100
Minneapolis, MN 55431
(952) 885-5999

FILED JUN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 6-12-02

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

By ____________________

Howard L. Bolter #192387
Attorney for Plaintiff
Suite 100 Parkdale I
5401 Gamble Drive
Minneapolis, MN 55416
(952) 546-6000

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Civil No. 01-993 ADM/AJB

Richard J. Mayo,

Plaintiff,

vs. **ORDER**

UNUM Life Insurance Company of America, a Maine corporation,

Defendant.

Pursuant to the parties' Stipulation **IT IS HEREBY ORDERED**:

1. The Court's Pretrial Scheduling Order is amended to extend the dispositive motion filing date to September 6, 2002;

2. This case will be resolved on cross-motions for summary judgment;

3. Cross-motions for summary judgment will be ~~filed~~ SERVED by September 6, 2002;

4. Cross-replies to summary judgment motions will be filed by September 20, 2002; and

Dated: 6/25/02 ______________________