UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard J. Mayo,

Plaintiff,

v.

UNUM Life Insurance Company of America, a Maine corporation,

Defendant.

---

Court File No. 01-993 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 8/26/02

**BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP, LTD.**

Howard L. Bolter (ID No. 192387)
485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-7155
Attorneys for Plaintiff

Dated: 8-26-02

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

AUG 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

Dated: August 27, 2002

**BY THE COURT**

Judge of United States District Court
ANN D. MONTGOMERY

G:\WPDATA\U\UNUMPROVIDENT\36-MAYO\PLD\STIP OF DISMISSAL AND ORDER.DOC